UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCOTT BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NUMBER: 1:23-cv-01168-GSA<br><br>**ORDER DIRECTING ISSUANCE OF NEW CASE DOCUMENTS AND TERMINATING IFP APPLICATION AS MOOT**<br><br>**(Doc. 2, 3)** |

On August 4, 2023 Plaintiff filed a complaint in this Court and applied to proceed without prepayment of fees (*in forma pauperis*) pursuant to 28 U.S.C. § 1915. Docs. 1–2. On August 10, 2023, findings and recommendations were issued to deny the IFP application. Doc. 3. On August 15, 2023 Plaintiff paid the filing fee.

Accordingly, the Clerk of Court is **DIRECTED** to terminate the IFP application (Doc. 2) and the F&R (Doc. 3) as moot.

The Clerk of Court is further **DIRECTED** to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

IT IS SO ORDERED.

　Dated:　**August 17, 2023**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE